# EXHIBIT "A"



# EXHIBIT "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-259-542**
Effective Date of Registration:
July 13, 2021
Registration Decision Date:
July 20, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: March 26, 2021 to July 07, 2021

### Title

| | |
|---|---|
| **Title of Group:** | Tamara Williams Q2 2021 |
| **Number of Photographs in Group:** | 82 |
| • **Individual Photographs:** | IMG_8689_Pauline_03262021, IMG_8692_Pauline_03262021, IMG_8693_Pauline_03262021, IMG_8691_Pauline_03262021, IMG_8690_Pauline_03262021 |
| **Published:** | March 2021 |
| • **Individual Photographs:** | IMG_8533_TheresaO_04202021, IMG_8532_TheresaO_04202021, IMG_8534_TheresaO_04202021, IMG_8094_TabeaG_04222021, IMG_8096_TabeaG04222021, IMG_8095_TabeaG_04222021, IMG_8545_SeezanB_04262021, IMG_8544_SeezanB_04262021, IMG_8543_SeezanB_04262021 |
| **Published:** | April 2021 |
| • **Individual Photographs:** | IMG_8547_Giuliana_05032021, IMG_8548_Giuliana_05032021, IMG_8550_Giuliana_05032021, IMG_8549Giuliana_05032021, IMG_8223_MingSavannah_05052021, IMG_8221_MingSavannah_05052021, IMG_8222_MingSavannah_05052021, IMG_8556_MinelYildiz_05062021, IMG_8557_MinelYildiz_05062021, IMG_8555_MinelYildiz_05062021, IMG_8561_NenehSonko_05272021, IMG_8562_NenehSonko_05272021, IMG_8563_NenehSonko_05272021, IMG_8565_HayleyBui_05312021, IMG_8566_HayleyBui_05312021, IMG_8568_HayleyBui_05312021, IMG_8567_HayleyBui_05312021 |
| **Published:** | May 2021 |
| • **Individual Photographs:** | IMG_8574_AntoniaFreyaLydia_06032021, IMG_8570_AntoniaFreyaLydia_06032021, IMG_8572_AntoniaFreyaLydia_06032021, IMG_8580_AngeliaA_06072021, IMG_8577_AngeliaA_06072021, IMG_8578_AngeliaA_06072021, IMG_8579_AngeliaA_06072021, IMG_8583_Pauline_06082021, IMG_8581_Pauline_06082021, IMG_8582_Pauline_06082021, IMG_8586_RominaJosefinePalm_06102021, IMG_8585_RominaJosefinePalm_06102021, IMG_8588_RominaJosefinePalm_06102021, IMG_8589_RominaJosefinePalm_06112021, |

IMG_8587_RominaJosefinePalm_06112021, IMG_8375_SeezanB_06152021,
IMG_8379_SeezanB_06152021, IMG_8374_SeezanB_06152021,
IMG_8377_SeezanB_06162021, IMG_8597_TheresaO_06172021,
IMG_8596_TheresaO_06172021, IMG_8600_AntoniaFreyaLydia_06212021,
IMG_8601_AntoniaFreyaLydia_06212021,
IMG_8603_AntoniaFreyaLydia_06222021,
IMG_8602_AntoniaFreyaLydia_06222021,
IMG_8599_AntoniaFreyaLydia_06222021,
IMG_8610_JihoonKim_06242021, IMG_8607_JihoonKim_06242021,
IMG_8608_JihoonKim_06242021, IMG_8609_JihoonKim_06242021,
IMG_8613_NenehSonko_06282021, IMG_8614_NenehSonko_06282021,
IMG_8612_NenehSonko_06282021, IMG_8615_NenehSonko_06282021,
IMG_8621_MinelYildiz_06292021, IMG_8617_MinelYildiz_06292021,
IMG_8618_MinelYildiz_06292021, IMG_8619_MinelYildiz_06292021,
IMG_8620_MinelYildiz_06292021, IMG_8624_HayleyBui_06302021,
IMG_8625_HayleyBui_06302021, IMG_8626_HayleyBui_06302021

**Published:** June 2021

- **Individual Photographs:** IMG_8623_HayleyBui_07012021, IMG_8622_HayleyBui_07012021,
IMG_8628_AngeliaA_07022021, TabeaG_07052021,
IMG_8633_RominaJosefinePalm_07062021,
IMG_8632_RominaJosefinePalm_07062021,
IMG_8631_RominaJosefinePalm_07062021, IMG_8635_Pauline_07072021,
IMG_8636_Pauline_07072021

**Published:** July 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** March 26, 2021
**Latest Publication Date in Group:** July 07, 2021
**Nation of First Publication:** Germany

## Author

- **Author:** Tamara Wareka
**Pseudonym:** Tamara Williams
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** Germany
**Domiciled in:** Germany
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Tamara Wareka
Hauptstraße 24a, Kleinbundenbach 66501, Germany

## Rights and Permissions

| | |
|---:|:---|
| Organization Name: | LK Creative Consulting |
| Name: | Lauren Kelly |
| Email: | lk@lkcreativeconuslting.com |
| Telephone: | (161)789-4508x2 |
| Address: | 305 East 24th street, 20G |
| | New York, NY 10010  United States |



## Certification

| | |
|---:|:---|
| Name: | Joe G. Naylor |
| Date: | July 13, 2021 |
| Applicant's Tracking Number: | USCO-07714 |

| | |
|---:|:---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

# EXHIBIT "C"

# DOLCE VITA HEALTH CENTER INC (4654055)


Request Certificate

| | |
|---|---|
| Initial Filing Date | 10/16/2020 |
| Status | Suspended - FTB |
| Standing - SOS | Good |
| Standing - FTB | Not Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Inactive Date | 04/02/2024 |
| Formed In | CALIFORNIA |
| Entity Type | Stock Corporation - CA - General |
| Principal Address | 9719 VILLAGE CENTER DR SUITE 110 GRANITE BAY, CA 95746 |
| Mailing Address | 300 HARDING BLV STE 112 ROSEVILLE,CA95678 |
| Statement of Info Due Date | 10/31/2025 |
| Agent | Individual SIMON BUNIAK 300 HARDING BLVD STE 112 ROSEVILLE, CA 95678 |


View History


Request Access

# EXHIBIT "D"



# EXHIBIT "E"





# EXHIBIT "F"

