UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WAREKA,<br><br>            Plaintiff,<br><br>      v.<br><br>DOLCE VITA HEALTH CENTER, INC.,<br><br>            Defendant. | Case No. 2:24-cv-01440-DAD-CSK<br><br>ORDER FOR RESPONSE and ORDER VACATING HEARING |

    Presently pending before the Court is Plaintiff Tamara Wareka's motion for default judgment against Defendant Dolce Vita Health Center, Inc. d/b/a Dolce Vita Health and Beauty, which was filed on May 20, 2025 and which is set for hearing on July 1, 2025. (ECF Nos. 22, 24.) Under Local Rule 230(c), Defendant was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, on or by June 3, 2025. Although that deadline has passed, no opposition or statement of non-opposition was filed.

    Out of an abundance of caution, and in light of the Court's desire to resolve the action on the merits, the Court will provide Defendant one additional, final opportunity to oppose the motion. The Court further notes that Defendant, an entity, remains unrepresented by counsel and was previously informed by the district judge that an entity may not proceed without counsel. (ECF Nos. 17-19.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The July 1, 2025 hearing on Plaintiff's motion for default judgment is VACATED;
2. Plaintiff's request for remote appearance (ECF No. 25) is DENIED as moot;
3. Any opposition or statement of non-opposition by Defendant shall be filed within fourteen (14) days from the date of this order, and such filing must be made through counsel. The reply brief from Plaintiff, if any, is due ten (10) days thereafter;
4. Defendant is cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against it;
5. Plaintiff shall promptly serve a copy of this order on each Defendant at their last-known address, and contemporaneously file a proof of service with the Court that provides the date and manner of service; and
6. After the time period for briefing is complete, the Court will take this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The Court will reschedule a hearing at a future date, if necessary.

Dated: June 12, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE